**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA

  v.

MUZAFFAR IQBAL,

      Defendant.

-------------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 CRM 607

JUDGE KOELTL

  Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    June 7, 2007

           MICHAEL J. GARCIA
           United States Attorney

        By: _____
           Michael D. Maimin
           Assistant United States Attorney


           AGREED AND CONSENTED TO:

        By: _____
           Neil B. Checkman, Esq.
           Attorney for Muzaffar Iqbal

6/8/07 WHEEL A