UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

MUZAFFAR IQBAL,

          Defendant.

- - - - - - - - - - - - - - - x



INFORMATION



07 CRIM. 607

## COUNT ONE

The United States Attorney charges:

1. On or about March 29, 2007, in the Southern District of New York and elsewhere, MUZAFFAR IQBAL, the defendant, unlawfully, wilfully and knowingly forged, counterfeited, altered and falsely made an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, and uttered, used, attempted to use, possessed, obtained, accepted and received such visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute and regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made, and to have been procured by means of a false claim and statement, and to

have been otherwise procured by fraud and unlawfully obtained, to wit, MUZAFFAR IQBAL presented to the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement as evidence of his legal entry into the United States a fraudulent and counterfeit I-94 Departure Record.

(Title 18, United States Code, Section 1546(a).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MUZAFFAR IQBAL,

Defendant.

INFORMATION

07 Cr.

(18 U.S.C. § 1546(A))

MICHAEL J. GARCIA
United States Attorney.

7/2/2007 FILED WAIVER OF INDICTMENT AND INFORMATION. DEFT ARRAIGNED ON INFORMATION. DEFT PRES W/ATTY NEIL CHECKMAN. AUSA MICHAEL MAIMAN. REPORTER ANN HAIRSTON. DEFT ENTERS PLEA OF GUILTY TO INFORMATION. SENTENCE DATE 7/17/2007 AT 3:00 PM. PSI ORDERED. DEFT CONT'D DETAINED.
—JUDGE KOELTL