UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

MUZAFFAR IQBA,
                     Defendant.
------------------------------------------------------------X

07 cr 607 (JGK)

**ORDER**

The defendant, Muzaffar Iqbal, having been sentenced to time served, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

                                                               JOHN G. KOELTL
                                           UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        July 12, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2007